IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

JACKIE CARTER,

    Plaintiff,

v.

Case No. 19-cv-397-wmc

SANDRA MCARDLE, JOLINDA WATERMAN and MR. BROWN,

    Defendants.

## JUDGMENT IN A CIVIL CASE

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of defendants dismissing this case.

| /s/ | 3/10/2020 |
|---|---|
| Peter Oppeneer, Clerk of Court | Date |